**DENY and Opinion Filed April 27, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00282-CV**

**IN RE KATERINA MARIE RENO, Relator**

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50667-2021**

# MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Smith

Before the Court is relator's March 31, 2022 petition for writ of mandamus in which she challenges the trial court's modifications of the temporary orders and final protective orders. Entitlement to mandamus relief requires relator to show that the trial court has clearly abused its discretion and that she has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition, response, reply, and the record, we conclude that relator has failed to show an abuse of discretion. *See* TEX. R. APP. P. 52.8(a). Accordingly, we deny the petition for writ of mandamus.

We also lift the stay issued by this Court's March 31, 2022 order.

/Craig Smith/
CRAIG SMITH
JUSTICE

220282F.P05